**Francine Antoinette Salas**
PLAINTIFF/PETITIONER/MOVANT'S NAME
FRANCINE ANTOINETTE SALAS
PRISON NUMBER 1126 Latigo Cove Unit 2 C.V. CA
(619) 240-6312
PLACE OF CONFINEMENT

ADDRESS

FILED
2008 FEB -4 AM 11:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____KNA____ DEPUTY

# United States District Court
## Southern District Of California

Francine Antoinette Salas ,
  Plaintiff/Petitioner/Movant

v.

Cintas Corp. dba Cintas First
Aid & Safety dba Affirmed Medical
  Defendant/Respondent

Civil No. **'08 CV 0208 JM AJB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Francine Antoinette Salas
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   Yes  ☒No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?          • Yes  • No
   Do you receive any payment from the institution?   • Yes  • No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2-4-08  F A Salas

CIV-67 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? [x] Yes [ ] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   Take home pay Bi-weekly - $950
   Employer:
   RECON Native Plants, INC.
   1755 Saturn Blvd.
   San Diego, CA  92154

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    [ ] Yes [x] No
   b. Rent payments, royalties interest or dividends    [ ] Yes [x] No
   c. Pensions, annuities or life insurance             [ ] Yes [x] No
   d. Disability or workers compensation                [x] Yes [ ] No
   e. Social Security, disability or other welfare      [ ] Yes [x] No
   e. Gifts or inheritances                             [ ] Yes [x] No
   f. Spousal or child support                          [ ] Yes [x] No
   g. Any other sources                                 [ ] Yes [x] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   From Mar 07- May 07- Received Disability while on Maternity leave, and FMLA pay. I received unemployment from June 07 till October 07, which in total was around $8,000, during Mar 07-Oct 07. I became employed on October 15, 2007 where I am still at.

4. Do you have any checking account(s)? [x] Yes [ ] No
   a. Name(s) and address(es) of bank(s) Bank of America / El Cajon Branch, CA
   b. Present balance in account(s): Avg. Balance 150.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [x] No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? [x] Yes [ ] No
   a. Make: Chevy          Year: 1999          Model: Camaro
   b. Is it financed? [ ] Yes [x] No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   [x] Yes   [ ] No
   If "Yes" describe the property and state its value._____

   Condo, which we currently reside in since we purchased in 2003 / currently owe $339,000.00   Value has decreased to $290,000.00

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Priscilla Marie Gonzales (Mother) 100%
   Kamrin Marie Gonzales (Mother) 100%

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   San Diego County Tax Collector $7,000
   DDS. Jerry Masemai $400
   AT&T $9,000
   VISA $6,000
   Kohl's $500
   Home Depot $3000
   Victoria's Secret $200

   Mervyns ~$480
   Old Navy ~$800
   Macy's ~$800
   Hors ~$135

   Submeters of CA $250
   Child Care $500 (monthly)
   Insurance $153 (monthly)

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

02/01/08

DATE 2-4-08        *Francine A Salas*
                   SIGNATURE OF APPLICANT